# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   Maurice Marquice Forrest                                     Case Number: 1:18CR00089-01

Name of Sentencing Judicial Officer: The Honorable Robert J. Jonker
                                     U.S. District Judge

Date of Original Sentence: September 20, 2018

Original Offense: Count 1: Possession With Intent to Distribute Controlled Substances;
                  21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) and (viii)

                  Count 4: Possession of Firearms During and in Relation to Drug Trafficking Offenses;
                  18 U.S.C. § 924(c)(1)(A)(i)

Original Sentence: 120 months imprisonment on Count 1, and 60 months imprisonment on Count 4, to be served consecutively, and 8 years supervised release on Count 1, and 4 years supervised release on Count 4, to run concurrently. Special Conditions: (1) substance abuse treatment/testing, (2) financial disclosure, (3) no alcohol/no bars, (4) search with reasonable suspicion of a violation. Special Assessment, $200.00 (paid). Fine, $1,500.00 (paid).

Type of Supervision: Supervised Release                              Date Supervision Commenced: July 16, 2025
                                                                              Expiration Date: July 15, 2033

---

## PETITIONING THE COURT

To modify the conditions of supervised release by adding Special Condition Number 5:

5. You must perform 20 hours of community service, as directed by the probation officer. The probation officer will approve the agency and location, as well as monitor and supervise your participation. You must provide written verification of completed hours to the probation officer.

## CAUSE

On February 3, 2026, Mr. Forrest reported to DNA Drug Testing in Muskegon, Michigan, for a random drug test. The staff member observing the test saw Mr. Forrest attempt to falsify his sample using liquid contained in a small plastic bottle. The drug test was terminated, and this officer was advised on the incident.

On February 4, 2026, this officer spoke with Mr. Forrest by telephone and asked about the drug test. Mr. Forrest admitted he brought urine into his drug test. He explained he did it because he took a pain pill not prescribed to him the day before his drug test. He stated he had tooth and back pain, and somebody offered him a Norco. Mr. Forrest stated he panicked the next morning when he had to report for a drug test. He stated this was the first time it happened, and he apologized for his conduct.

Mr. Forrest reported to the U.S. Probation Office in Grand Rapids, Michigan, on February 6, 2026. He was negative on a drug test. Mr. Forrest signed a drug use admission form admitting he took Norco without a valid prescription. This officer verbally reprimanded Mr. Forrest for using medication not prescribed to him and attempting to conceal this fact by introducing fake urine during a drug test. Mr. Forrest was instructed to go through his insurance to seek medical assistance with pain management. Mr. Forrest was also informed that his attempt to circumvent drug testing calls into question his commitment to change and his credibility. Mr. Forrest was instructed to choose honesty in the future and taught a cognitive skill to assist him with his decision making.

Upon commencing supervised release, Mr. Forrest lived with his brother in Muskegon, where he slept on his brother's couch for months. Mr. Forrest appeared insightful and motivated to change. Mr. Forrest stated his past criminal choices were influenced by finances. He stated he would accept any job and was proactive in seeking employment. Mr. Forrest initially obtained employment in a meat processing plant in Zeeland, Michigan. Mr. Forrest has since obtained full-time employment at a cellular telephone store that is closer to home. Mr. Forrest rents a house in Muskegon where he and his wife now live together.

It is respectfully recommended that Mr. Forrest be ordered to complete 20 hours of community service to serve as a sanction for violating his conditions. Mr. Forrest will continue in random drug testing, and any additional noncompliance will be reported to the Court promptly.

**Previous Violations**

None.

**U.S. Probation Officer Action:**

Mr. Forrest agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.

|  | Approved, | Respectfully submitted, |
|---|---|---|
| by | /s/ Ashley M. Smith<br>Ashley M. Smith<br>Supervisory U.S. Probation Officer<br>Date: February 12, 2026 | by /s/ Michael D. Bennett<br>Michael D. Bennett<br>U.S. Probation Officer<br>Date: February 12, 2026 |

THE COURT ORDERS:

- ☐ No Action
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

/s/ Robert J. Jonker

The Honorable Robert J. Jonker
U.S. District Judge

February 13, 2026
Date

3

PROB 49
(3/89)

# United States District Court

### Western District of Michigan

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

Maurice Marquice Forrest

Docket No.: 1:18CR00089-001

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervised release by adding Special Condition Number 5:

5. You must perform 20 hours of community service, as directed by the probation officer. The probation officer will approve the agency and location, as well as monitor and supervise your participation. You must provide written verification of completed hours to the probation officer.

Witness _____
Michael Bennett, U.S. Probation Officer

Signed _____
Maurice Marquice Forrest

2-9-26
(Date)